IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WHOLESALE MERCHANT  
PROCESSING, INC., an Oregon  
Corporation,

       Plaintiff,

v.

ORION COMMUNICATIONS, INC., a  
Kansas Corporation,

       Defendant.

3:12-CV-02003-HU

ORDER

BROWN, Judge.

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#20) on March 4, 2013, in which he recommends this Court grant Defendant's Motion (#15) to Dismiss for Improper Venue and dismiss this matter without prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and

1 - ORDER

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc). See also *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#20). Accordingly, the Court **GRANTS** Defendant's Motion (#15) to Dismiss for Improper Venue and **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 3rd day of April, 2013.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER