IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WHOLESALE MERCHANT
PROCESSING, INC., an Oregon
Corporation,

      Plaintiff,

v.

ORION COMMUNICATIONS, INC., a
Kansas Corporation,

      Defendant.

3:12-CV-02003-HU

JUDGMENT

Based on the Court's Order issued April 8, 2013, the Court **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 3rd day of April, 2013.

                                 /s/ Anna J. Brown
                                ANNA J. BROWN
                                United States District Judge

1 - JUDGMENT