IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WHOLESALE MERCHANT PROCESSING, INC., an Oregon Corporation, | 3:12-CV-02003-HU<br><br>JUDGMENT |
| Plaintiff, | |
| v. | |
| ORION COMMUNICATIONS, INC., a Kansas Corporation, | |
| Defendant. | |

Based on the Court's Order issued April 8, 2013, the Court **DISMISSES** this matter **without prejudice**.

IT IS SO ORDERED.

DATED this 3rd day of April, 2013.

                                                          */s/ Anna J. Brown*
                                                       ANNA J. BROWN
                                                       United States District Judge

1 - JUDGMENT